**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-09-8127-PCT-DGC |
| Plaintiff, | ) | |
| vs. | ) | |
| Vincelia Irene Smith, | ) | **ORDER** |
| Defendant. | ) | |

A pretrial revocation hearing on the petition on violation of release conditions was held on May 12, 2010.

**THE COURT FINDS** by clear and convincing evidence that the Defendant has violated the terms and conditions of her release

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions of release if she was to be released.

**IT IS ORDERED** that the Defendant shall remain detained pending further order of the court.

DATED this 17th day of May, 2010.

_____
Lawrence O. Anderson
United States Magistrate Judge